UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMMETT L. SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. C15-116RSL<br><br>ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR PARTIAL SUMMARY JUDGMENT |

　　This matter comes before the Court on the government's motion for partial summary judgment. Dkt. # 37. In this case, plaintiff Emmett L. Smith sues the United States under the Federal Tort Claims Act for the alleged medical negligence of two physicians, Dr. Angel Lin and Dr. Nirav Patel, who treated plaintiff in their capacities as federal employees at the HealthPoint Community Health Center in Renton, Washington. The government moves for partial summary judgment on the portion of plaintiff's claim that arises from treatment by Dr. Patel in February 2013. Specifically, the government argues that plaintiff cannot establish a prima facie case of negligence arising from this treatment because none of plaintiff's medical experts will testify that Dr. Patel violated the applicable standard of care in February 2013. Plaintiff does not oppose partial summary judgment on this point. Dkt. # 41.

　　Having reviewed the parties' briefs, declarations, exhibits, and the remainder of the record, and in light of plaintiff's non-opposition, the Court GRANTS the government's motion. The portion of plaintiff's claim that alleges that Dr. Patel violated the standard of care when

ORDER GRANTING UNITED STATES' UNOPPOSED
MOTION FOR PARTIAL SUMMARY JUDGMENT - 1

1  providing medical treatment to plaintiff in February 2013 is DISMISSED WITH PREJUDICE.

2

3  DATED this 9th day of March, 2017.

4

5  *MWT S Lasnik*
   Robert S. Lasnik
6  United States District Judge

ORDER GRANTING UNITED STATES' UNOPPOSED
MOTION FOR PARTIAL SUMMARY JUDGMENT - 2