The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMMETT L. SMITH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　　　Defendant. | CASE NO. 15-cv-00116 RSL<br><br>LCR 11 NOTICE OF SETTLEMENT AND REQUEST TO STAY TRIAL DEADLINES FOR SIXTY (60) DAYS |

COMES NOW Defendant, United States of America, by and through its counsel, and Emmett L. Smith, by and through his counsel, and notifies the Court, pursuant to Local Civil Rule 11(b), that the parties have reached a settlement, in principal.  The parties request that this Court stay all trial deadlines for sixty (60) days in order to allow the parties to pursue a final settlement of this matter.

/

/

/

/

LCR 11 NOTICE OF SETTLEMENT
Case No. 15-cv-00116 RSL  - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 4th day of April 2017.

2  Russo & Graham                                    ANNETTE L. HAYES

3                                                   United States Attorney

4
   */s/ Anthony Russo*                              */s/ Jessica M. Andrade*
5  ANTHONY A RUSSO, WSBA# 43065                     JESSICA M. ANDRADE, WSBA #39297
   CARL-ERICH KRUSE, WSBA# 45964
6  RUSSO & GRAHAM                                   *s/ Tricia Boerger*
   2033 6th Ave, Ste. 988                           TRICIA BOERGER, WSBA # 38581
7  Seattle, WA 98121                                Assistant United States Attorney
   E-mail: tony@russograham.com                     Western District of Washington
8          carl-erich@russograham.com               United States Attorney's Office
                                                    700 Stewart Street, Suite 5220
9  Attorneys for Plaintiff                          Seattle, Washington 98101-1271
                                                    Phone: 206-553-7970
10                                                  E-mail: jessica.andrade@usdoj.gov

11                                                  Attorneys for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24 LCR 11 NOTICE OF SETTLEMENT                                      UNITED STATES ATTORNEY
   Case No. 15-cv-00116 RSL  - 2                               700 STEWART STREET, SUITE 5220
                                                                  SEATTLE, WASHINGTON 98101
                                                                       (206) 553-7970

## ORDER

The parties having so stipulated and agreed, it is hereby **ORDERED** that all trial deadlines are hereby stayed for sixty (60) days, and the parties shall file a joint status report by June 5, 2017.

DATED this 6th day of April, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

*Presented by:*

ANNETTE L. HAYES
United States Attorney

/s/ Jessica M. Andrade
JESSICA M. ANDRADE, WSBA #39297

s/ Tricia Boerger
TRICIA BOERGER, WSBA # 38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: jessica.andrade@usdoj.gov

Attorneys for Defendant

LCR 11 NOTICE OF SETTLEMENT
Case No. 15-cv-00116 RSL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970