The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMMETT L. SMITH,<br><br>               Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA<br><br>               Defendant. | CASE NO. 15-cv-00116 RSL<br><br>JOINT STATUS REPORT AND REQUEST TO STAY TRIAL DEADLINES FOR AN ADDITIONAL THIRTY-FIVE (35) DAYS |

COMES NOW Defendant, United States of America, by and through its counsel, and Emmett L. Smith, by and through his counsel, and notifies the Court, pursuant to Dkt. No. 53, that the parties have reached a settlement, and the United States is currently pursuing final approval of that settlement through the Department of Justice. The United States anticipates needing several additional weeks to finalize this process, and therefore the parties jointly parties request that this Court stay all trial deadlines for an additional thirty-five (35) days in order to allow the parties to pursue a final settlement of this matter. The parties agree to either dismiss the matter or file an additional joint status report by July 10, 2017.

/

JOINT STATUS REPORT
Case No. 15-cv-00116 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 2nd day of June 2017.

| | |
|---|---|
| Russo & Graham | ANNETTE L. HAYES<br>United States Attorney |
| /s/ Anthony A. Russo<br>ANTHONY A. RUSSO, WSBA# 43065<br>CARL-ERICH KRUSE, WSBA# 45964<br>RUSSO & GRAHAM<br>2033 6th Ave, Ste. 988<br>Seattle, WA 98121<br>E-mail: tony@russograham.com<br>         carl-erich@russograham.com<br><br>Attorneys for Plaintiff | /s/ Jessica M. Andrade<br>JESSICA M. ANDRADE, WSBA #39297<br><br>s/ Tricia Boerger<br>TRICIA BOERGER, WSBA # 38581<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>E-mail: jessica.andrade@usdoj.gov<br><br>Attorneys for Defendant |

JOINT STATUS REPORT
Case No. 15-cv-00116 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that all trial deadlines are hereby stayed for an additional thirty-five (35) days, and the parties shall either dismiss the matter or file an additional joint status report by July 10, 2017.

DATED this 8th day of June, 2017.

*M S Lasnik*

Robert L. Lasnik
United States District Judge

*Presented by:*

ANNETTE L. HAYES
United States Attorney

*/s/ Jessica M. Andrade*
JESSICA M. ANDRADE, WSBA #39297

*s/ Tricia Boerger*
TRICIA BOERGER, WSBA # 38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: jessica.andrade@usdoj.gov

Attorneys for Defendant

JOINT STATUS REPORT
Case No. 15-cv-00116 RSL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970