District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMMETT L. SMITH,

           Plaintiff,

v.

UNITED STATES OF AMERICA

           Defendant.

CASE NO. 15-cv-00116 RSL

STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL WITH PREJUDICE

NOTED: June 20, 2017

## JOINT STIPULATION

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE that this case has been resolved and should be dismissed with prejudice and without costs or fees to either party. The parties also stipulate and agree that this Court shall not retain jurisdiction over the above captioned action or the settlement thereof.

/

/

/

/

STIPULATION AND ~~PROPOSED~~ ORDER FOR
DISMISSAL WITH PREJUDICE
Case No. 15-cv-00116 RSL - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 20th day of June, 2017.

| | |
|---|---|
| RUSSO & GRAHAM | ANNETTE L. HAYES<br>United States Attorney |
| */s/ Anthony A. Russo*<br>ANTHONY A RUSSO, WSBA# 6272<br>CARL-ERICH KRUSE, WSBA# 45964<br>RUSSO & GRAHAM<br>2033 6th Ave, Ste. 988<br>Seattle, WA 98121<br>E-mail: tony@russograham.com<br>          carl-erich@russograham.com | */s/ Jessica M. Andrade*<br>JESSICA M. ANDRADE, WSBA #39297<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>E-mail: jessica.andrade@usdoj.gov |
| Attorneys for Plaintiff | Attorneys for Defendant |

STIPULATION AND PROPOSED ORDER FOR
DISMISSAL WITH PREJUDICE
Case No. 15-cv-00116 RSL - 2.

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party. This Court shall not retain jurisdiction over the above-captioned action or the settlement thereof.

DATED this 21st day of June 2017.

*[signature: Robt S Lasnik]*

Robert S. Lasnik
United States District Judge

*Presented by:*

ANNETTE L. HAYES
United States Attorney

/s/ *Jessica M. Andrade*
JESSICA M. ANDRADE, WSBA #39297
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: jessica.andrade@usdoj.gov

Attorneys for Defendant

STIPULATION AND ~~PROPOSED~~ ORDER FOR
DISMISSAL WITH PREJUDICE
Case No. 15-cv-00116 RSL - 3

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970